# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CORDARRELL MURRAY**                                                                **PLAINTIFF**

v.                     **CASE NO. 3:19-CV-00004 BSM**

**MIKE ALLEN, et al.**                                                                **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 7] are adopted, and this case is dismissed without prejudice. This dismissal counts as a "strike" for the purposes of 28 U.S.C. section 1915(g), and it is certified that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 11th day of March 2019.

                                                                                  _____
                                                                               UNITED STATES DISTRICT JUDGE