# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CORDARRELL MURRAY**                                                 **PLAINTIFF**

v.                 **CASE NO. 3:19-CV-00004 BSM**

**MIKE ALLEN, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of March 2019.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE